**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**MADNRELL ANTWOIN HULL,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.<br>3:23-cr-00019-TES-CHW-1** |

**ORDER GRANTING CONSENT MOTION FOR CONTINUANCE
IN THE INTERESTS OF JUSTICE**

Before the Court is a Consent Motion for Continuance [Doc. 15] filed by Defendant Mandrell Antwoin Hull. On September 12, 2023, the Grand Jury returned a three-count Indictment [Doc. 1] charging Defendant Hull with Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 841(a)(l) and 841(b)(l)(C), Possession of a Firearm in Furtherance of a Drug Transaction in violation of 18 U.S.C. § 924(c)(1)(A), and Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. § 922(g)(l) and 924(e). *See generally* [Doc. 1].

In his motion, Defendant Hull states that although "substantial progress" has been made with respect to the voluminous discovery material in this case, his incarceration creates some difficulty in completing an adequate review of that material. [Doc. 15, p. 2, ¶ 2]. So that Defendant Hull and his counsel will have adequate time to review and evaluate the discovery material as well as any forthcoming discovery, the

Court **GRANTS** Defendant Hull's Consent Motion for Continuance [Doc. 15]. [*Id.* at p. 2, ¶¶ 3–5]. Accordingly, the Court **CONTINUES** this case to ***July 22, 2024***, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for May 23, 2024, is **CANCELED.** [Doc. 11].

The ends of justice served by this continuance outweigh the best interests of the public and Defendant Hull in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 22nd day of May, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**